**2009–2203. State v. Greer.**
Cuyahoga App. No. 91983, 2009-Ohio-4228. On motion for leave to file delayed appeal. Motion denied. Request for transcript at state's expense denied as moot.
PFEIFER, J., dissents.

**2009–2208. State v. Davis.**
Cuyahoga App. No. 91324, 2009-Ohio-5217. On motion for stay of court of appeals' judgment. Motion denied.
LANZINGER and CUPP, JJ., dissent.

**2009–2218. State v. Pilgrim.**
Franklin App. No. 08AP–993, 2009-Ohio-5357. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2009–2220. State v. English.**
Montgomery App. No. 22810, 2009-Ohio-5300. On motion for leave to file delayed appeal. Motion granted.
MOYER, C.J., and O'CONNOR and O'DONNELL, JJ., dissent.

**2009–2231. State v. Collins.**
Scioto App. No. 08CA3254, 2009-Ohio-3182. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2009–2233. State v. Marquis.**
Stark App. No. 2004CA00119, 2005-Ohio-1063. On motion for leave to file delayed appeal. Motion denied.

**2009–2254. State v. Christian.**
Jefferson App. No. 07 JE 9, 2007-Ohio-7205. On motion for leave to file delayed appeal. Motion denied.

**2009–2255. State v. Moore.**
Stark App. No. 2008–CA–00228, 2009-Ohio-4958. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2009–2273. State v. Heft.**
Logan App. No. 8–09–08, 2009-Ohio-5908. On motion to stay court of appeals and common pleas court judgments. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2009–1705. Janosek v. Janosek.**
Cuyahoga App. Nos. 91882 and 91914, 2009-Ohio-3882.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2009–1838. State v. Knepper.**
Summit App. No. 24682, 2009-Ohio-5159. Discretionary appeal accepted; cause held for the decision in 2009–0825, *State v. Massien,* Summit App. No. 24369, 2009-Ohio-1521; and briefing schedule stayed.

**2009–1860. State v. Strickland.**
Lake App. No. 2008–L–034, 2009-Ohio-5424. Discretionary appeal accepted; cause held for the decisions in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387, and 2008–0991 and 2008–0992, *Chojnacki v. Cordray,* Warren App. No. CA2008–03–040; and briefing schedule stayed.

**2009–1864. McKinney v. State.**
Warren App. No. CA2009–04–041, 2009-Ohio-4685. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; briefing schedule stayed.